CHIROPRACTIC ACTION COMMITTEE, INC. v. NEW JERSEY
STATE BOARD OF MEDICAL EXAMINERS.

September 16, 1986.

Petition for certification denied.

SALVATORE RUSSOTTI v. STATE FARM MUTUAL
AUTOMOBILE COMPANY.

September 16, 1986.

Petition for certification denied.

FINCH FUEL OIL COMPANY v. CITY OF JERSEY CITY.

September 16, 1986.

Petition for certification denied.

WAUSAU INSURANCE COMPANIES v. EULALIA
ADAMES FUENTES.

September 16, 1986.

Petition for certification denied.